# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

141047-8

DOUGLAS M. GAITAN and TAMIE R. GAITAN,
        Plaintiffs-Appellees,

v

LAKESHORE HABITAT FOR HUMANITY, INC.,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141047-8
COA: 287116, 288092
Ottawa CC: 07-058024-NO

On order of the Court, the application for leave to appeal the February 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

0908

_____
Clerk